# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 00-1338

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Ismael Allan Munoz, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

———————

Submitted: December 21, 2000
Filed: December 28, 2000

———————

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

———————

PER CURIAM.

After Ismael Allan Munoz pleaded guilty to wire fraud, in violation of 18 U.S.C. § 1343, the district court[1] sentenced him to 12 months and 1 day imprisonment, and 2 years supervised release, and to pay $150,000 in restitution. On appeal, Munoz's counsel moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967), challenging the district court's denial of Munoz's motion to depart downward to a

———————

[1]The HONORABLE JOSEPH F. BATAILLON, United States District Judge for the District of Nebraska.

sentence akin to that received by another person involved in the fraud. Munoz has not filed a pro se supplemental brief.

The district court's refusal to depart was a discretionary decision, which we do not review. See United States v. Correa, 167 F.3d 414, 417 (8th Cir. 1999). In accordance with Penson v. Ohio, 488 U.S. 75 (1988), we have reviewed the record for any non-frivolous issues. As we have found none, we now affirm and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.